73 A.3d 565

Donna HILL, Appellant

v.

COMMONWEALTH of Pennsylvania; Pennsylvania
Board of Probation and Parole, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**